UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,
    Plaintiff,
    v.
RYAN C. MINGA,
    Defendant.

CASE NO. MJ 11-425

DETENTION ORDER

<u>Offense charged</u>:    Possession of Child Pornography

<u>Date of Detention Hearing</u>:    September 13, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant was not interviewed by Pretrial Services. Therefore, much of his

DETENTION ORDER
PAGE -1

background information is unknown or unverified.

2. Defendant's criminal history includes multiple convictions for failure to register as a sex offender, as well as fugitive charges. Charges are currently pending in Snohomish County for parole violation. Defendant does not contest detention in this matter, due to the presence of an outstanding warrant in the Snohomish County case.

3. Defendant poses a risk of nonappearance due to unverified background information, a fugitive history and history of failing to comply. He poses a risk of danger due to criminal history and a history of failing to comply with court orders.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

01 for the defendant, to the United States Marshal, and to the United State Pretrial Services

02 Officer.

03 DATED this 13th day of September, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3